UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BRIAN C. PEERY, individually and on behalf of all other similarly situated** § § § | | |
| **Plaintiff,** § § | | |
| **vs.** § § | **No. 6:15-cv-00094-MHS** Jury | |
| **CACTUS DRILLING COMPANY, L.L.C.** § § | | |
| **Defendant.** § § | | |

ORDER

On this day, the Court considered the Joint Motion to Enlarge the Deadline to File Final Approval Documents (Doc. No. 32). The Court hereby Orders that Plaintiff's motion is **GRANTED**. Plaintiff shall file his Final Approval Documents on or before January 11, 2016.

It is SO ORDERED.

SIGNED this 8th day of January, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE